N.E.2d 162. On motion for reconsideration. Motion denied.

MOYER, C.J., dissents.

2002–0183.   DeAnda v. Vanegas Enterprises–Corro–Flo Engineering, Inc.

Hancock App. No. 5–01–18, 2001-Ohio-2336. Reported at 95 Ohio St.3d 1422, 2002-Ohio-1737, 766 N.E.2d 162. On motion for reconsideration. Motion denied.

DOUGLAS and RESNICK, JJ., dissent.

2002–0185.   Moton v. Ford Motor Credit Co.

Richland App. No. 01CA4, 2001-Ohio-7041. Reported at 95 Ohio St.3d 1422, 2002-Ohio-1737, 766 N.E.2d 162. On motion for reconsideration. Motion denied.

F.E. SWEENEY, J., dissents.

2002–0493.   State ex rel. Chalender v. Shoemaker.

In Mandamus and Prohibition. Reported at 95 Ohio St.3d 1428, 2002-Ohio-1871, 766 N.E.2d 995. On motion for reconsideration. Motion denied.

[Cite as *05/30/2002 Case Announcements,* 2002-Ohio-2492.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 30, 2002*

## MOTION AND PROCEDURAL RULINGS

2002–0318.   State ex rel. Cincinnati Enquirer v. Joyce.

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon determination pursuant to S.Ct.Prac.R. X(5),

IT IS ORDERED by the court that respondents' motion to dismiss be, and hereby is, denied.

IT IS FURTHER ORDERED by the court, sua sponte, that an alternative writ be, and hereby is, granted.

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file its brief within 10 days after the filing of evidence; respondents shall file their brief within 20 days after the filing of relator's brief; and relator may file a reply brief within 5 days after the filing of respondents' brief.

F.E. SWEENEY and PFEIFER, JJ., dissent.

RESNICK, J., not participating.

## DISCIPLINARY CASES

1999–1574.   Akron Bar Assn. v. Meyer.

On April 15, 2002, respondent, Paul E. Meyer, filed an application for termination of probation. On March 11, 2002, relator filed a notice of respondent's completion of monitored probation. Upon consideration thereof, the court finds that respondent has substantially complied with Gov.Bar R. V(9)(D), and with its order dated August 21, 2001, in which the court reinstated respondent and placed him on monitored probation.

THEREFORE, IT IS ORDERED by the court that the probation of respondent, Paul E. Meyer, Attorney Registration No. 0050292, last known business address in Akron, Ohio, be, and hereby is, terminated.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar V(8)(D)(2), and that respondent bear the costs of publication.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2002–0630. State ex rel. Hicks v. Indus. Comm.
Franklin App. No. 01AP–61.

[Cite as *05/31/2002 Case Announcements,* 2002-Ohio-2494.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 31, 2002*

## MOTION AND PROCEDURAL RULINGS

2001–2263. LTC Ohio, Inc. v. Franklin Cty. Bd. of Revision.
Board of Tax Appeals, No. 99–T–1993. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the appellant's motion for extension of time to file appellant's merit brief pending settlement pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before June 19, 2002.

